FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy  DEPUTY

ENTER / JS 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROY MELENDEZ,<br><br>Petitioner,<br><br>v.<br><br>CONNIE GIPSON, WARDEN<br><br>Respondent. | Case No. CV 11-10084 RGK (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED THAT the First Amended Petition is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: February 3, 2012

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY