FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

ENTER / JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR ROY MELENDEZ, | Case No. CV 11-10084 RGK (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| CONNIE GIPSON, WARDEN | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT the First Amended Petition is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: February 3, 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY